AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Patriarch Partners XV, LLC and Octaluna LLC<br>*Plaintiff*<br>v.<br>U.S. Bank National Assoc. and MBIA Ins. Corp.<br>*Defendant* | )<br>)<br>) Case No. 16cv7128 (JSR)<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, U.S. Bank N.A., soley in its capacity as Trustee for Zohar 2003-1 Ltd.

Date:   10/17/2016

s/Elizabeth A. Buckel
*Attorney's signature*

Elizabeth A. Buckel
*Printed name and bar number*
Alston & Bird LLP
90 Park Avenue
New York, NY 10007

*Address*

elizabeth.buckel@alston.com
*E-mail address*

(212) 210-9400
*Telephone number*

(212) 210-9444
*FAX number*