UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------

| | |
|---|---|
| Patriarch Partners XV, LLC et al     Plaintiff, | Case No. 16cv7128 (JSR) |
| -against- | |
| U.S. Bank National Assoc. et al     Defendant. | |

-------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending          ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____Elizabeth A. Buckel_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: EB1137          My State Bar Number is 5186689

I am,

☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Cahill Gordon & Reindel LLP
              FIRM ADDRESS: 80 Pine Street, NY, NY 10005
              FIRM TELEPHONE NUMBER: 212-701-3000
              FIRM FAX NUMBER: 212-269-5420

NEW FIRM:     FIRM NAME: Alston & Bird LLP
              FIRM ADDRESS: 90 Park Avenue, NY, NY 10016
              FIRM TELEPHONE NUMBER: 212-210-9400
              FIRM FAX NUMBER: 212-210-9444

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 10/17/2016                    s/Elizabeth A. Buckel_____
                                     ATTORNEY'S SIGNATURE