Rakoff, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



PATRIARCH PARTNERS XV, LLC and
OCTALUNA LLC,

    Plaintiff(s),

  v.

U.S. BANK NATIONAL ASSOCIATION, and
MBIA INSURANCE CORPORATION,

    Defendants.

No. 1:16-cv-07128 (JSR)

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this

action, that this action is hereby dismissed as moot pursuant to Rule 41(a)(1)(A)(ii) of the

Federal Rules of Civil Procedure, without costs or fees to any party;

AND IT IS FURTHER STIPULATED AND AGREED that, whereas this action is

hereby being dismissed as moot, no party shall be entitled to payment of any costs or damages as

against the Undertaking on Temporary Restraining Order filed on September 15, 2016, Bond No.

800-028-082, issued by the Atlantic Specialty Insurance Company, as surety, and filed with the

Clerk of Court by Plaintiffs (ECF Doc. No. 17) (the "Undertaking on Temporary Restraining

Order"), and the Undertaking on Temporary Restraining Order is hereby fully and finally

released and discharged in all respects;

AND IT IS FURTHER STIPULATED AND AGREED that the Atlantic Specialty

Insurance Company is hereby discharged as surety in this action, and the Clerk of Court is

directed to release the original Undertaking on Temporary Restraining Order to a representative

of Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, New York 10166, counsel for

the Plaintiffs in this action;

   AND IT IS FURTHER STIPULATED AND AGREED that Defendant U.S. Bank

National Association, solely in its capacity as trustee for Zohar CDO 2003-1, Ltd., shall pay A-

3a and A-3b Senior Interest owed to the Class A-3 Noteholders in the amount of $4,763,496.99

on or before January 20, 2017.

Dated:   New York, New York
          January 19, 2017

                              GIBSON, DUNN & CRUTCHER LLP

                              By: _____
                                  Randy M. Mastro
                                  Mark A. Kirsch
                                  Robert F. Serio

                              200 Park Avenue
                              New York, NY 10166
                              Tel.: (212) 351-4000

                              *Attorneys for Plaintiffs Patriarch Partners XV, LLC
                              and Octaluna LLC*

                              ALSTON & BIRD LLP

                              By: _____
                                  Brett D. Jaffe
                                  Alexander S. Lorenzo

                              90 Park Avenue
                              New York, NY 10016
                              Tel.: (212) 210-9400

                              *Attorneys for Defendant U.S. Bank National
                              Association, solely in its capacity as trustee for
                              Zohar CDO 2003-1, Ltd.*

2

CADWALADER, WICKERSHAM & TAFT LLP

By: _____
    Jonathan M. Hoff
    Joshua P. Arnold

One World Financial Center
New York, NY 10281
Tel.: (212) 504-6000

*Attorneys for Defendant*
*MBIA Insurance Corporation*

SO ORDERED:

_____
             U.S.D.J.

1-20-17

102239521.5